IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEWAYNE SCOTT CUNNINGHAM,   )
AIS # 190108,              )
                           )
      Plaintiff,           )
                           )
    v.                     )   CASE NO. 2:25-CV-199-WKW
                           )
GREGORY EGBERT,            )
                           )
      Defendant.           )

## **MEMORANDUM OPINION AND ORDER**

Before the court are two motions filed by Defendant Gregory Egbert:  a Motion to Continue (Doc. # 33) and a Motion for Entry of a HIPAA Order (Doc. # 34).  Each motion will be addressed in turn.

### A.    **Motion to Continue (Doc. # 33)**

In his Motion to Continue, Defendant requests a 90-day extension of the expert deadline, the remaining intermediate deadlines, and the trial date.  (Doc. # 33 at 4.)  Upon consideration and for good cause shown, it is ORDERED that Defendant's Motion to Continue (Doc. # 33) requesting extensions of the expert deadline and the remaining intermediate deadlines is GRANTED.[1]  It is further

---

[1] A trial date has not been set, so there is no trial date to extend.

ORDERED that the Initial Scheduling Order issued on December 3, 2025 (Doc. # 23) is MODIFIED as follows:

(1)    The deadline for Defendant to make expert witness disclosures (Doc. # 23 at 8–9) is EXTENDED from July 8, 2026, to and including **October 6, 2026**;

(2)    The discovery deadline (Doc. # 23 at 4) is EXTENDED from September 8, 2026, to and including **December 7, 2027**;

(3)    The deadline for filing dispositive motions (Doc. # 23 at 9) is EXTENDED from October 7, 2026, to and including **January 5, 2027**; and

(4)    The deadline for the parties to confer regarding the possibility of mediation (Doc. # 23 at 10) is EXTENDED from September 23, 2026, to and including **December 22, 2026**.

All other deadlines and directives in the Initial Scheduling Order (Doc. # 23) remain in effect.

**B.    Motion for Entry of a HIPAA Order (Doc. # 34)**

Upon consideration of Defendant's Motion for Entry of a HIPAA Order (Doc. # 34), it is ORDERED that the motion is GRANTED.  The undersigned will issue the HIPAA Order as a separate docket entry.

DONE this 6th day of July, 2026.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

2